UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSIHA LANCASTER,<br><br>  Plaintiff,<br><br>  v.<br><br>HAROLD CLARK, *et al*,<br><br>  Defendants. | Case No. C07-5251 RJB/KLS<br><br>ORDER RENOTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the Court is Plaintiff's motion for temporary restraining order. (Dkt. # 22). Plaintiff's motion was filed prior to service of the Complaint on all named Defendants. Accordingly, the Court finds that motion should be re-noted to allow proper notice and time for all parties to respond.

Accordingly, Defendants may file their responses to Plaintiff's motion for temporary restraining order (Dkt. # 22), on or before **September 17, 2007;** Plaintiff may file a reply to Defendants' responses on or before **September 21, 2007**; and the Clerk of the Court is directed to **re-note** Plaintiff's motion for temporary restraining order (Dkt. # 22) for the Court's calendar on **September 21, 2007.**

ORDER - 1

1    The Clerk of the Court is also directed to send copies of this Order to Plaintiff and to
2 counsel for Defendants who have appeared of record.

4    DATED this  22nd  day of August, 2007.

_Karen L. Strombom_
Karen L. Strombom
United States Magistrate Judge

ORDER - 2