UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSIHA LANCASTER,<br><br>    Plaintiff,<br><br>  v.<br><br>HAROLD CLARK, *et al.,*<br><br>    Defendants. | Case No.  C07-5251 RJB/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT AND MOTION TO STRIKE MOTION FOR TEMPORARY RESTRAINING ORDER |

Before the Court are Plaintiff's motion to amend (Dkt. # 51), his proposed Amended Complaint (Dkt. # 58), and his Motion to Strike and Expunge his Motion for Temporary Restraining Order from the docket (Dkt. # 60). Defendants do not oppose Plaintiff's proposed amendment (Dkt. # 53), nor are they opposed to striking Plaintiff's motion for temporary restraining order from the docket. (Dkt. # 61).  On September 13, 2007, Defendants filed their Answer to Plaintiff's Amended Complaint. (Dkt. # 62).

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion to amend (Dkt. # 51) is **GRANTED**;

(2) Plaintiff's motion to strike and expunge his motion for temporary restraining order from the docket (Dkt. # 60) is **GRANTED**;

(3) Plaintiff's motion for temporary restraining order (Dkt. # 22), presently noted for September 21, 2007, is **STRICKEN** from the Court's calendar; and

ORDER
Page - 1

(4) The Clerk of the Court shall send copies of this Order to the Plaintiff and counsel for Defendants.

DATED this 20th day of September, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2