UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSIHA LANCASTER,

        Plaintiff,

v.

HAROLD CLARK, *et al.,*

        Defendants.

Case No. C07-5251 RJB/KLS

ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION TO COMPEL

    Before the Court are Plaintiff's motion to compel (Dkt. # 63), Defendants' response (Dkt. # 64), Plaintiff's motion to strike his motion to compel (# 69), and Defendants' response to Plaintiff's motion to strike (Dkt. # 71). Plaintiff states that he wishes to withdraw his motion to compel now that he is more familiar with the rules requiring the parties to confer and time required for responding to discovery requests. (Dkt. # 69). Defendants do not oppose Plaintiff's motion to strike. (Dkt. # 71).

    Accordingly, it is **ORDERED:**

    (1)    Plaintiff's motion to strike his motion to compel is **GRANTED**; and

    (2)    Plaintiff's motion to compel (Dkt. # 63) is **DENIED as moot**; and

ORDER
Page - 1

1    (3)    The Clerk of the Court shall send copies of this Order to the Plaintiff and counsel for
2             Defendants.

4   DATED this 16th day of October, 2007.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2