UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSIHA LANCASTER,<br><br>                Plaintiff,<br><br>    v.<br><br>HAROLD CLARK, *et al.,*<br><br>                Defendants. | Case No. C07-5251 RJB/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONFERENCE OF PARTIES |

Before the Court is Plaintiff's motion for a conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. (Dkt. # 72). Having reviewed the motion, Defendants' response (Dkt. # 75), and the balance of the record, the Court finds that the motion should be denied.

Plaintiff is advised that actions brought by persons in custody without counsel are exempt from Rule 26(f)'s requirements and that the Local Rules of this Court do not require the parties to meet and confer at the outset of a case or to submit a proposed discovery plan. CR 26, *see* comment. The parties may proceed in their discovery efforts as allowed under the Federal Rules. Plaintiff is directed to Rules 26 through 37 for that purpose and the Court's Pretrial Scheduling Order, entered on October 22, 2007. (Dkt. # 82).

Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion for a Rule 26(f) conference (Dkt. # 72) is **DENIED**; and

ORDER
Page - 1

1   (2)   The Clerk of the Court shall send copies of this Order to the Plaintiff and counsel for
2          Defendants.

4   DATED this 4th day of December, 2007.

                                        Karen L. Strombom
                                        United States Magistrate Judge

ORDER
Page - 2