UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSIHA LANCASTER,

            Plaintiff,

    v.

HAROLD CLARK, *et al.,*

            Defendants.

Case No. C07-5251 RJB/KLS

ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF OFFICER TO TAKE DEPOSITION

      Before the Court is Plaintiff's Motion to Appoint Officer to Take Deposition. (Dkt. #89). Having carefully reviewed the motion, Defendants' opposition (Dkt. # 95) and the balance of the record, the Court finds that the motion should be denied.

## DISCUSSION

      Plaintiff requests the Court to appoint a person before whom depositions may be taken pursuant to Rule 28(a) of the Federal Rules of Civil Procedure. However, Plaintiff has made no request to take the deposition of any Defendant or of any other witness, nor has he made any attempt to confer with counsel for Defendants regarding the taking of any depositions. (*See* Dkt. # 95). In addition, the rules governing discovery provide that the parties may agree to take depositions may be taken "before any person, at any time or place, upon any notice, and in any manner and when so taken may be used like other

ORDER
Page - 1

depositions…." Fed. R. Civ. P. 29.

Plaintiff is urged to confer with counsel for Defendants about the taking of depositions.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion to appoint an officer to take depositions (Dkt. # 89) is **DENIED**; and

(2) The Clerk of the Court shall send copies of this Order to the Plaintiff and counsel for Defendants.

DATED this 4th day of December, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2