1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11
12

JESSIHA LANCASTER,

Case No.  C07-5251 RJB/KLS

Plaintiff,

13

ORDER DENYING PLAINTIFF'S
REQUEST FOR TRIAL DATE

14

v.

15

HAROLD CLARK, *et al.,*

16

Defendants.

17
18

Before the Court is Plaintiff's notice of request for trial pursuant to Fed.R.Civ.P. 40.  (Dkt. # 93).

19

Plaintiff is advised that all pretrial proceedings in this case have been referred to the undersigned

20

Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This Court issued its Pretrial

21

Scheduling Order (*see* Dkt. # 82) governing discovery, dispositive motions and joint status report.  After

22

the parties have completed discovery, all dispositive motions have been resolved, and the parties have

23

filed a joint status report, the District Court will contact the parties regarding a trial date.

24

Accordingly, it is **ORDERED**:

25

(1)      Plaintiff's request for a trial date (Dkt. # 93) is **DENIED as premature**; and

26

//

27

//

28

ORDER
Page - 1

(2)      The Clerk of the Court shall send copies of this Order to the Plaintiff and counsel for

Defendants.


DATED this 4th  day of December, 2007.


Karen L. Strombom
United States Magistrate Judge