UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSIHA LANCASTER,

    Plaintiff,

    v.

HAROLD CLARK, *et al.*

    Defendants.

Case No. 07-5251 RJBKLS

ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL

Before the Court is Plaintiff's second motion for appointment of counsel. (Dkt. # 107). Having reviewed the motion, Defendants' response (Dkt. # 108), and balance of the record, the Court finds for the reasons stated below that Plaintiff's motion should be denied.

**I. DISCUSSION**

There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(d), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe,* 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *Wilborn*, 789 F.2d at 1331. Neither of these factors is dispositive and both must be viewed together before reaching a decision on request of counsel under Section 1915(d). *Id*.

ORDER - 1

On December 10, 2007, immediately after the Court denied his first Motion for Appointment of Counsel, Plaintiff filed his second Motion for Appointment of Counsel. (Dkt. # 107). Plaintiff has provided no new information that warrants the appointment of counsel. Plaintiff argues that he requires assistance of counsel because he suffers from mental health disorders that affect his ability to function on a daily basis. However, Plaintiff has still not demonstrated any difficulty articulating his claims or expressing the issues in this case, nor has he provided any information to indicate that he is likely to succeed on the merits.

Accordingly, the Court finds that counsel is not necessary in this case and Plaintiff's motion to appoint counsel (Dkt. # 107) is **DENIED**.

The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants.

DATED this  24th  day of January, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2