UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JESSIHA LANCASTER,<br><br>    Plaintiff,<br><br>  v.<br><br>HAROLD CLARK, *et al.*,<br><br>    Defendants. | Case No. C07-5251 RJB/KLS<br><br>ORDER GRANTING THIRTY DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Before the court is Plaintiff's motion for a sixty day extension of time to respond to Defendants' motion for summary judgment. (Dkt. # 132). Defendants' motion for summary judgment, filed on May 23, 2008, is presently noted for June 20, 2008. (Dkt. # 129).

Plaintiff claims that he requires an extension because he was placed in segregation on May 6, 2008, and at that time, his box of legal materials was placed in long-term storage. (Dkt. # 132). Plaintiff states that he has requested his materials and filed a grievance, but that it takes an "extremely long time" to access his documents. (Dkt. # 132).

Defendants respond that they are not opposed to a reasonable extension, but that offenders who are placed in short-term segregation are allowed access to documents if they can show that they have a pending deadline and offenders in long-term segregation are allowed access to their

ORDER - 1

legal documents regardless of whether they have a pending deadline.   (Dkt. # 133, Ex. 1).

Additionally, Defendants argue that the evidence supplied by Plaintiff reflects only that he inquired about the number of boxes he had, but Plaintiff has provided no evidence to show that he ever requested his legal property until he filed his grievance on June 2, 2008.

Having considered the parties' papers and balance of the record, the court finds that a thirty day extension of time is reasonable under the circumstances.  Accordingly, it is **ORDERED:**

(1) Plaintiff's motion (Dkt. # 132) is **GRANTED** to the extent that he shall be granted a Plaintiff is granted a **thirty-day** extension of time; Plaintiff may file his response to Defendants' motion for summary judgment (Dkt. # 129) on or before **July 21, 2008**;

(2) Defendants' reply, if any shall be filed on or before **July 25, 2008**;

(3) The Court Clerk shall **re-note** Defendants' motion for summary judgment on the Court's calendar for **July 25, 2008**; and

(4) The Clerk is directed to send copies of this order to plaintiff and counsel for defendants.

DATED this 24th   day of June, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2